**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | **CRIMINAL NO. 11-00032-KD** |
| **v.** | * | |
| | * | |
| **TORRANCE GREEN** | * | |
| | * | |
| **Defendant.** | * | |

## FINAL JUDGMENT OF FORFEITURE

WHEREAS, on March 23, 2011 a Plea Agreement was entered by the Defendant, TORRANCE GREEN, to Count Two of the indictment. As a condition of his guilty plea, the defendant, TORRANCE GREEN agreed to immediately forfeit to the United States all of his right, title, and interest to all property which is set forth in the Forfeiture Notice of the indictment and which is forfeitable to the United States pursuant to Title 21 United States Code, Section 853. Pursuant to the Plea Agreement, Defendant, TORRANCE GREEN, agreed to and confessed to forfeit the following property:

(1) $1,932.00 (One thousand, nine hundred thirty-two and 00/100 dollars) in United States currency seized from Defendant on January 13, 2011.

WHEREAS, The United States properly published notice of the forfeiture of the above described property and the requirements for filing a claim for the property for 30 consecutive days starting July 8, 2011 at www.forfeiture.gov. A Proof of Publication was filed on August 8, 2011, (Doc. 23), specifying the details of this publication. No third-parties have come forward to assert an interest in the subject property in the time required under Title 21, U.S.C. § 853(n).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the following property is forfeited to The United States of America pursuant to Title 21, United States Code, Section 841(a)(1) and 853, and Federal Rule of Criminal Procedure 32.2(b),

for disposition according to law:

    (1) $1,932.00 (One thousand, nine hundred thirty-two and 00/100 dollars) in United States currency seized from Defendant on January 13, 2011.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that the Clerk of the Court shall forward three (3) certified copies of this Order to Assistant United States Attorney George F. May.

DONE AND ORDERED this 12th day of September, 2011.

                                            **s/Kristi K. DuBose**
                                            **KRISTI K. DuBOSE**
                                            **UNITED STATES DISTRICT JUDGE**